■ LAVINA B. MIRO, as Administratrix of the Estate of BERNICE BOWIE, Deceased, Respondent, v BRANFORD HOUSE, INC., et al., Appellants and Third-Party Plaintiffs-Appellants, et al., Defendants. NEW YORK CITY HEALTH AND HOSPITALS CORP. et al., Third-Party Defendants-Respondents.—Order, Supreme Court, Bronx County (Lewis Friedman, J.), entered on or about February 28, 1991, which granted third-party defendants' motion pursuant to CPLR 1010 for an order severing the third-party action from the main action, unanimously affirmed, with costs.

The IAS court properly exercised its discretion in severing the third-party medical malpractice action from the main action, a personal injury action seeking damages for conscious pain and suffering and wrongful death stemming from the alleged negligence of defendants/third-party plaintiffs, among others, whose building water system was claimed to have scalded the decedent, contributing to her death 17 days thereafter. The commencement of the third-party action on the eve of trial of the main action, which was commenced more than 3½ years earlier, would inevitably cause plaintiff prejudice if trial were to be further delayed in order to convene a medical malpractice panel and to complete discovery in the subsidiary malpractice action (Cortez v New York City Hous. Auth., 163 AD2d 13). Concur—Milonas, J. P., Rosenberger, Ellerin, Kassal and Smith, JJ.